Kevin A. Bay
Julia J. Fleming
Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
(206) 464-4224
bay@ryanlaw.com
jfleming@ryanlaw.com
*Attorneys for Defendant Michael Foit and Paul Lewis*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APEX ENERGY SOLUTIONS OF SEATTLE, LLC,<br><br>　　　　　Judgment Debtor,<br><br>　v.<br><br>CHRISTOPHER L. HUBBARD,<br><br>　　　　　Judgment Creditor/Plaintiff,<br><br>　v.<br><br>MICHAEL FOIT and PAUL LEWIS,<br><br>　　　　　Defendants. | NO. C24-00672 RSM<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**(CLERK'S ACTION REQUIRED)** |

## STIPULATION

The parties hereby stipulate as follows:

1. Claire H. Taylor and Joshua Harms of the law firm of **STOKES LAWRENCE, P.S.**, located at 1420 Fifth Avenue, Suite 3000, Seattle, WA 98101 shall withdraw as Attorneys of Record for defendants Michael Foit and Paul Lewis.

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL- 1
No. 24-cv-00672 RSM


Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4860-1729-2257.3

2. Kevin A. Bay and Julia J. Fleming of **RYAN, SWANSON & CLEVELAND, PLLC**, located at 401 Union Street, Suite 1500, Seattle, Washington 98101-2668 shall be substituted as Attorneys of Record for defendants Michael Foit and Paul Lewis.

3. Copies of all further papers and proceedings herein, except original process, shall be served upon the substituting Attorneys of Record; and

4. This withdrawal and substitution of attorneys will be effective immediately.

DATED this 10th day of September, 2024.

| **RYAN, SWANSON & CLEVELAND, PLLC** | **STOKES LAWRENCE, P.S.** |
|---|---|
| By: */s/ Kevin A. Bay*<br>Kevin A. Bay, WSBA #19821<br>Julia J. Fleming, WSBA #58743<br>401 Union Street, Suite 1500<br>Seattle, Washington 98101-2668<br>Telephone: (206) 464-4224<br>Bay@ryanlaw.com<br>JFleming@ryanlaw.com<br>***Substituting Attorneys for Defendants Michael Foit and Paul Lewis*** | By:*/s/ Claire H. Taylor*<br>Claire H. Taylor, WSBA #47067<br>Joshua Harms, WSBA #55679<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101-2393<br>Telephone: (206) 626-6000<br>Claire.Taylor@stokeslaw.com<br>Joshua.Harms@stokeslaw.com<br>***Withdrawing Attorneys for Defendants Michael Foit and Paul Lewis*** |

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL- 2
No. 24-cv-00672 RSM

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4860-1729-2257.3

**CORR DOWNS PLLC**

By: */s/ Jacob M. Downs*
    Jacob M. Downs, WSBA No. 37982
    Joseph P. Corr, WSBA #36584
    100 W. Harrison St., Suite N440
    Seattle, WA 981119
    Telephone: (206) 962-5040
    jdowns@corrdowns.com
    jcorr@corrdowns.com
***Attorneys for Judgment Creditor Christopher L. Hubbard***

## ORDER

Pursuant to the parties' Stipulation it is hereby Ordered:

The Court grants leave for Claire H. Taylor and Joshua Harms of the law firm of **STOKES LAWRENCE, P.S.**, located at 1420 Fifth Avenue, Suite 3000, Seattle, WA 98101 to withdraw as Attorneys of Record for defendants Michael Foit and Paul Lewis, and

Kevin A. Bay and Julia J. Fleming of **RYAN, SWANSON & CLEVELAND, PLLC**, located at 401 Union Street, Suite 1500, Seattle, Washington 98101-2668 shall be substituted as Attorneys of Record for defendants Michael Foit and Paul Lewis.

DATED this 10th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL- 3
No. 24-cv-00672 RSM

4860-1729-2257.3


Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

Presented by:

**RYAN, SWANSON & CLEVELAND, PLLC**

By: */s/ Kevin A. Bay*
    Kevin A. Bay, WSBA #19821
    Julia J. Fleming, WSBA #58743
    401 Union Street, Suite 1500
    Seattle, Washington 98101-2668
    Telephone: (206) 464-4224
    Bay@ryanlaw.com
    JFleming@ryanlaw.com
*Substituting Attorneys for Defendants Michael Foit and Paul Lewis*

**STOKES LAWRENCE, P.S.**

By: */s/ Claire H. Taylor*
    Claire H. Taylor, WSBA #47067
    Joshua Harms, WSBA #55679
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101-2393
    Telephone: (206) 626-6000
    Claire.Taylor@stokeslaw.com
    Joshua.Harms@stokeslaw.com
*Withdrawing Attorneys for Defendants Michael Foit and Paul Lewis*

**CORR DOWNS PLLC**

By: */s/ Jacob M. Downs*
    Jacob M. Downs, WSBA #37982
    Joseph P. Corr, WSBA #36584
    100 W. Harrison St., Suite N440
    Seattle, WA 981119
    Telephone: (206) 962-5040
    jdowns@corrdowns.com
    jcorr@corrdowns.com
*Attorneys for Judgment Creditor Christopher L. Hubbard*

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL- 4
No. 24-cv-00672 RSM

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4860-1729-2257.3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 10th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 10th day of September, 2024, at Seattle, Washington.

By: */s/BonniLee Ball*
BonniLee Ball, Legal Assistant
ball@ryanlaw.com

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL- 5
No. 24-cv-00672 RSM

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4860-1729-2257.3