HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

APEX ENERGY SOLUTIONS OF SEATTLE, LLC,

    Judgment Debtor,

v.

CHRISTOPHER L. HUBBARD,

    Judgment Creditor and Plaintiff,

v.

MICHAEL FOIT and PAUL LEWIS,

    Defendants.

NO. 2:24-cv-00672-RSM

**ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY CUTOFF AND DISPOSITIVE MOTION FILING DEADLINES**

**NOTE ON MOTION CALENDAR: February 10, 2025**

THIS MATTER is before the Court on the Parties' Stipulated Motion to Continue Discovery Cutoff and Dispositive Motion Filing Deadline. Having considered the motion, the Court finds that the Parties have shown good cause to continue the discovery cutoff and dispositive motion filing deadlines by two weeks and grants the Parties' Stipulated Motion to Continue Discovery Cutoff and Dispositive Motion Filing Deadline.

IT IS THEREFORE ORDERED that the Parties' Stipulated Motion to Continue Discovery Cutoff and Dispositive Motion Filing Deadline is granted, and the following dates are extended as follows:

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY CUTOFF AND DISPOSITIVE MOTION FILING DEADLINES - 1
No. 2:24-cv-00672-RSM

**CORR|DOWNS PLLC**
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962.5040

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery completed by | February 18, 2025 | **March 4, 2025** |
| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter | March 18, 2025 | **April 1, 2025** |

IT IS SO ORDERED.

DATED this 18th day of February, 2025.

> RICARDO S. MARTINEZ
> UNITED STATES DISTRICT JUDGE

Presented by:

CORR|DOWNS PLLC

By *s/Joseph P. Corr*
    Jacob M. Downs, WSBA No. 37982
    Joseph P. Corr, WSBA No. 36584
    100 W Harrison St, Suite N440
    Seattle, WA 98119
    Telephone: 206.962.5040
    jdowns@corrdowns.com
    jcorr@corrdowns.com

*Attorneys for Judgment Creditor Christopher Hubbard*

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY CUTOFF AND DISPOSITIVE MOTION FILING DEADLINES - 2
No. 2:24-cv-00672-RSM

Corr|Downs PLLC
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962.5040

1
2   RYAN, SWANSON & CLEVELAND, PLLC
3   By <u>*s/Julia J. Fleming (per email authorization)*</u>
       Kevin A. Bay, WSBA No. 19821
4      Julia J. Fleming, WSBA No. 58743
       401 Union St, Suite 1500
5      Seattle, WA 98101-2668
       Telephone: (206) 464-4224
6      Bay@ryanlaw.com
7      JFleming@ryanlaw.com
    *Attorneys for Defendants Michael Foit and Paul Lewis*
8   *and Judgment Debtor Apex Energy Solutions of Seattle, LLC*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER GRANTING STIPULATED MOTION TO CONTINUE
DISCOVERY CUTOFF AND DISPOSITIVE MOTION FILING
DEADLINES - 3
No. 2:24-cv-00672-RSM

**Corr|Downs PLLC**
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962.5040